UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 331 |
| ) | |
| vs. ) | Hon. Maria Valdez |
| ) | |
| DARIUS STINSON ) | |
| also known as "Smoke" ) | |

The undersigned Affiant personally appeared before the Honorable Maria Valdez, a United States Magistrate Judge, and being duly sworn on oath, states: That at Milwaukee, in the Eastern District of Wisconsin, one, DARIUS STINSON, also known as "Smoke", was charged with the offenses of conspiring to distribute and possess with the intent to distribute heroin and cocaine (one count) and distributing controlled substances (three counts), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 846, and Title 18, United States Code, Section 2, (see Ex. A, Superseding Indictment) and that on the basis of Affiant's investigation and information received concerning the case through official channels, Affiant does hereby certify that a Warrant of Arrest issued by Jon W. Sanfilippo, Clerk of the Court for the Eastern District of Wisconsin, is outstanding for the arrest of said defendant. See Ex. B, Warrant of Arrest.

Wherefore, Affiant prays that the defendant be dealt with according to law.

DIEGO GRIMALDO
Deputy Marshal
United States Marshals Service

Subscribed and Sworn to before me this
21st day of April, 2008.

MARIA VALDEZ
United States Magistrate Judge

FILED
APR 21 2008
4-21-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STEPHEN CHAHN LEE
Assistant United States Attorney

Bond set / recommended by issuing Court at: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 07-CR-275
        [T. 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A),
        841(b)(1)(C) and 846, and T. 18 U.S.C. § 2]

TOMMY BROWN, a/k/a "Kool-Aid,"
MAURICE CARTER, a/k/a "Shorty,"
MAURICE GARDNER, a/k/a "Momo,"
MARCUS MEREDITH, a/k/a "Santana,"
TAURIES MURRY, a/k/a/ "T,"
IVAN RIVERA, a/k/a "Puerto Rico,"
ROBERT JERMAINE SMITH,
and DARIUS STINSON, a/k/a "Smoke,"

        Defendants.

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.     Beginning on or about January 1, 2004, and continuing until September 21, 2007, in the Eastern District of Wisconsin, and elsewhere,

TOMMY BROWN, a/k/a "Kool-Aid,"
MAURICE CARTER, a/k/a "Shorty,"
MAURICE GARDNER, a/k/a "Momo,"
MARCUS MEREDITH, a/k/a "Santana,"
TAURIES MURRY, a/k/a/ "T,"
IVAN RIVERA, a/k/a "Puerto Rico,"
ROBERT JERMAINE SMITH,
and DARIUS STINSON, a/k/a "Smoke,"

Ex A

the defendants herein, knowingly and intentionally conspired with each other and others known and unknown to the grand jury to distribute and to possess with intent to distribute controlled substances.

2. The offense involved 1 kilogram or more of a mixture and substance containing heroin, and 5 kilograms or more of a mixture and substance containing cocaine, Schedule II controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1.   On or about October 11, 2005, in the Eastern District of Wisconsin,

> TAURIES MURRY, a/k/a "T,"
> and DARIUS STINSON, a/k/a "Smoke,"

did knowingly and intentionally distribute a controlled substance.

2.   The offense involved a mixture and substance containing heroin, a Schedule II controlled substance.

All in violation of Title 21, United State Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

### THE GRAND JURY FURTHER CHARGES THAT:

1. On or about October 17, 2005, in the Eastern District of Wisconsin,

> TAURIES MURRY, a/k/a "T,"
> and DARIUS STINSON, a/k/a "Smoke,"

did knowingly and intentionally distribute a controlled substance.

2. The offense involved a mixture and substance containing heroin, a Schedule II controlled substance.

All in violation of Title 21, United State Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about November 1, 2005, in the Eastern District of Wisconsin,

> TAURIES MURRY, a/k/a "T,"
> and DARIUS STINSON, a/k/a "Smoke,"

did knowingly and intentionally distribute a controlled substance.

2. The offense involved a mixture and substance containing heroin, a Schedule II controlled substance.

All in violation of Title 21, United State Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about January 24, 2007, in the Eastern District of Wisconsin,

MAURICE GARDNER,
a/k/a "Mo-Mo,"

did knowingly and intentionally distribute a controlled substance.

2. The offense involved a mixture and substance containing heroin, a Schedule II controlled substance.

All in violation of Title 21, United State Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about February 15, 2007, in the Eastern District of Wisconsin,

**MARCUS MEREDITH,**
a/k/a "Santana,"

did knowingly and intentionally distribute a controlled substance.

2. The offense involved a mixture and substance containing heroin, a Schedule II controlled substance.

All in violation of Title 21, United State Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about April 5, 2007, in the Eastern District of Wisconsin,

MARCUS MEREDITH,
a/k/a "Santana,"

did knowingly and intentionally distribute a controlled substance.

2. The offense involved a mixture and substance containing heroin, a Schedule II controlled substance.

All in violation of Title 21, United State Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

All property of the defendants constituting or derived from any proceeds the defendants obtained as a result of the violations set forth in Counts One through Seven and all property of the defendants used or intended to be used to commit or facilitate the commission of the violations is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The properties subject to forfeiture include the following:

> A personal money judgment against each defendant in the amount of $1,000,000, representing the unseized proceeds of the violations, and funds used to facilitate the violations;

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value described in the preceding paragraphs, if by any act or omission of a defendant, the property described in the preceding paragraphs, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty.

A TRUE BILL:

FOREPERSON

Dated:    1-8-08

_Steven M. Biskupic_
STEVEN M. BISKUPIC
United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court
### EASTERN DISTRICT OF WISCONSIN


SEALED
Unsealed 1/8/08

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: 07-CR-275

DARIUS STINSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Darius Stinson__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with:

Conspiracy to possess with the intent to distribute heroin

in violation of Title 21 United States Code, Section(s) 841(a)(1), 841(b)(1)(A) and 846

| JON W. SANFILIPPO | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | October 24, 2007   Milwaukee, WI |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Ex. B