# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 331 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Darius Stinson | | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 4/21/08 as to Darius Stinson. Defendant appears in response to the arrest 4/18/08. Defendant waives identity hearing. Defendant informed of his rights. Thomas More Leinenweber is granted leave to file attorney appearance on behalf of defendant for the removal proceedings only. Government's oral motion to detain Defendant is entered and continued to 4/24/08 at 2:00 p.m. Defendant to remain in custody pending detention hearing.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|