## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 331 | **DATE** | 4/28/2008 |
| **CASE TITLE** | USA vs. Darius Stinson | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 4/28/08 as to Darius Stinson. Oral argument hard in open court. For the reasons stated in open court, Government's motion to detain defendant is denied. Enter Order Setting Conditions of Release. Order defendant removed the Eastern District of Wisconsin as soon as possible to face the charges there pending against him.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|