## UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                       **OFFICE OF THE CLERK**
    **CLERK**             May 13, 2008

Eastern District of Wisconsin
Mr. Jon W. Sanfilippo, Clerk
United States District Court
362 United States Courthouse and
Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

  **Re:   USA  -v- Darius Stinson  -  08 CR 331**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | | |
|---|---|---|---|
| _X_ | Docket Sheet, Case No.: 08 CR 331 | _X_ | Order of Removal dated: 4/28/08 |
| _X_ | Affidavit in Removal | ___ | Final Commitment Proceedings |
| _X_ | Financial Affidavit | ___ | Temporary Commitment |
| _X_ | Order appointing counsel | _X_ | Order setting conditions of release |
| ___ | CJA 20 Form | ___ | Detention Order |
| _X_ | Appearance form | _X_ | Appearance Bond |
| | | ___ | Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                                  Sincerely yours,

                                                  Michael W. Dobbins, Clerk

                                                  by: _____
                                                        Marsha E. Glenn, Deputy Clerk