*HHN*

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 MAY 15 A10:13

**MICHAEL W. DOBBINS,
CLERK**

May 13, 2008

**OFFICE OF THE CLERK**

JON W. SANFILIPPO, CLERK
MAIL-REC'D

Eastern District of Wisconsin
Mr. Jon W. Sanfilippo, Clerk
United States District Court
362 United States Courthouse and
Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

**FILED**

MAY 2 0 2008  TC
5-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:   USA -v- Darius Stinson - 08 CR 331

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 331 | _X_ Order of Removal dated: 4/28/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | _X_ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Marsha E. Glenn, Deputy Clerk