| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X R. Freeria ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) R. Vrciuia  C. Date of Delivery 5-15-08 |
| 1. Article Addressed to: 08 CR 331<br><br>Eastern District of Wisconsin<br>Mr. Jon W. Sanfilippo, Clerk<br>United States District Court<br>362 United States Courthouse and Federal Building<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08 CR 331<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 2753 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED

MAY 2 1 2008
May 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT